IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS CENTRAL DIVISION

**ASHLEY FURR SHOUP, INDIVIDUALLY
and as SPECIAL ADMINISTRATOR of the
ESTATE of MASON DONAL FURR SHOUP,
DECEASED MINOR, and ZACHARY SHOUP,
INDIVIDUALLY**     **PLAINTIFFS**

**vs.**     **CASE NO. 4:21-CV-761-JM**

**ARKANSAS DEPARTMENT OF HUMAN
SERVICES and CINDY GILLESPIE, in her
Capacity as the Director of the Arkansas
Department of Human Services**     **DEFENDANTS**

### ORDER OF DISMISSAL

On Motion of Plaintiffs and for good cause shown, the Complaint of Plaintiffs is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
United States District Judge

February 15, 2022
Date